**Rollin H. WHITE et al., Appellants, v. NEVADA STATE GOLD MINES COMPANY, Appellee.**

No. 7925.

Circuit Court of Appeals, Ninth Circuit.

Nov. 19, 1935.

Walter Rowson, of Reno, Nev., for appellants.

H. R. Cooke, of Reno, Nev., for appellee.

Before WILBUR, DENMAN, and HANEY, Circuit Judges.

PER CURIAM.

Upon confession of appeal and stipulation for reversal of order of District

Court herein, and good cause therefor appearing, ordered, order of District Court reversed, that a judgment be filed and entered accordingly, and the mandate of this court be issued forthwith.